JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| GERAINT BUNDY,<br><br>  Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>  Defendant. | Case No. 5:23-cv-00743 DSF (SPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 27, 2023<br>Trial Date:        None Set<br>District Judge:   Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Sheri Pym |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: August 11, 2023

_____
Hon. Dale S. Fischer
U.S. District Judge

1

56376559.v1-OGLETREE